UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPERNUS PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ASCENT PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 23-4015 (GC)(DEA)<br><br>(Filed Electronically) |

## SCHEDULING ORDER

**THIS MATTER,** having come before the Court by way of an Initial Scheduling Conference on November 13, 2023, and all Counsel having consented to this Order, and for good cause shown,

**IT IS** on this 21st day of November, 2023,

**ORDERED** that this case shall proceed on the following schedule:

| Event | Proposed Deadline |
|---|---|
| Supernus's Disclosure of Asserted Claims | Nov. 20, 2023 |
| Parties' Rule 26(a)(1) Disclosures Due | Nov. 20, 2023 |
| Parties Submit Proposed Joint Discovery Confidentiality Order to Court | Entered on Nov. 14, 2023 (ECF No. 26) |
| Parties Submit Proposed Joint E-Discovery Plan | Entered on Nov. 15, 2023 (ECF No. 28) |
| Ascent's Disclosure of Invalidity Contentions and Production of Documents Required under L. Pat. R. 3.4(b) and (c) | Dec. 13, 2023 |
| Ascent's Disclosure of Non-Infringement Contentions and Production of Documents Required under L. Pat. R. 3.6(f) | Dec. 13, 2023 |

| Event | Proposed Deadline |
|---|---|
| Settlement Conference — *in person with trial counsel and authorized client representatives* | Jan. 10, 2024 at 10:00 AM/PM |
| Supernus's Disclosure of Infringement Contentions and Production of Documents Required under L. Pat. R. 3.6(h) | Jan. 29, 2024 |
| Supernus's Responses to Invalidity Contentions | Jan. 29, 2024 |
| Parties Exchange Proposed Claim Terms for Construction | Feb. 12, 2024 |
| Parties Meet and Confer about Claim Terms for Construction | By Mar. 1, 2024 |
| Deadline to Amend Pleadings | Apr. 5, 2024 |
| Parties Exchange Preliminary Claim Constructions and Evidence | Mar. 4, 2024 |
| Parties Exchange Responding Claim Construction Evidence | Mar. 18, 2024 |
| Parties Meet and Confer to Narrow Issues and Prepare Joint Claim Construction and Prehearing Statement | By Mar. 27, 2024 |
| Joint Claim Construction and Prehearing Statement Due | Apr. 3, 2024 |
| Completion of Claim Construction Fact Discovery | May 3, 2024 |
| Opening *Markman* Briefs | May 20, 2024 |
| *Markman* Expert Discovery Closes | June 20, 2024 |
| Responsive *Markman* Briefs | July 19, 2024 |
| Parties Propose Schedule for *Markman* Hearing | Aug. 2, 2024 |
| *Markman* Hearing | To be set by the Court |
| Date for Substantial Completion of Document Production | Nov. 1, 2024 |
| Close of Fact Discovery | Jan. 13, 2025 |
| Opening Expert Reports | Feb. 13, 2025 |
| Rebuttal Expert Reports | Apr. 10, 2025 |

| Event | Proposed Deadline |
|---|---|
| Reply Expert Reports | May 8, 2025 |
| Close of Expert Discovery | June 5, 2025 |
| Submission of proposed Final Pretrial Order | July 18, 2025 |
| Final Pretrial Conference | July 2025 |
| Trial | July/Aug. 2025 |
| Expiration of 30-month stay | Dec. 16, 2025 |

**SO ORDERED:**

_____
Honorable Douglas E. Arpert, U.S.M.J.